UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MICHAEL DAY,

                         Plaintiff,

          -v-

JEFFREY L. SLOTHOWER and
BATTERY PRIVATE, INC.,

                      Defendants.

------------------------------------------------------------------X

21 Civ. 1188 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February September 18, 2021, plaintiff Michael Day ("Day") filed a motion for default judgment against defendants Jeffrey L. Slothower and Battery Private, Inc. Dkt. 24. This Court's Individual Rule 3.M requires movants to support their motion with a proposed default judgment order. The Court hereby directs Day to submit this proposed default judgment order by September 24, 2021.

SO ORDERED.

                                                      *Paul A. Engelmayer* (signature)

                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: September 21, 2021
       New York, New York