UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                        :

MICHAEL DAY,                                 :

                       Plaintiff,         :                    21 Civ. 1188 (PAE)

                                        :                     <u>ORDER</u>

              -v-                           :

                                        :

JEFFREY L. SLOTHOWER and           :
BATTERY PRIVATE, INC.,               :

                                        :

                     Defendants.     :
                                        X
------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       On February 10, 2021, plaintiff Michael Day ("Day") filed the Complaint, which alleges

breach of contract, breach of fiduciary duty, conversion, and fraud, by the defendants, Jeffrey L.

Slothower ("Slothower") and Battery Private, Inc. ("Battery," together "defendants"). Dkt. 1.

On February 25, 2021, Day served Battery with process, making Battery's deadline to answer or

otherwise respond March 18, 2021. *See* Dkt. 14; Fed. R. Civ. P. 12(a). On April 22, 2021, Day

moved for leave to serve Slothower by alternative means. Dkt. 11. On April 27, 2021, the Court

granted the motion, permitting Day to serve Slothower by email. Dkt. 12. That same day, Day

served Slothower by email, making Slothower's deadline to answer or otherwise respond May

18, 2021. *See* Dkt. 13; Fed. R. Civ. P. 12(a). Neither defendant responded to the Complaint or

otherwise appeared in this action. On September 1, 2021, Day filed for entry of default as to

both defendants with the Clerk of Court. Dkts. 18, 19. The Clerk of Court issued certificates of

default as to both defendants on September 7, 2021. Dkts. 22, 23. On September 18, 2021, Day

filed a motion for default judgment as to both defendants. Dkt. 24. On September 21, 2021, Day

completed filing the required supplemental papers to that motion. *See* Dkt. 26.

The Court hereby directs defendants to respond to the Complaint and the motion for default judgment by October 5, 2021.  If no such response is made, the Court will consider the motion unopposed.  Day shall serve this Order upon defendants and file an affidavit reflecting such service on ECF by September 28, 2021.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: September 21, 2021
       New York, New York