UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL DAY,

                                     Plaintiff,

-v-

JEFFREY SLOTHOWER *and* BATTERY PRIVATE, INC.,

                                     Defendants.

21 Civ. 1188 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 28, 2022, Magistrate Judge Sarah Netburn, to whom the Court had referred this case for general pretrial supervision and a damages inquest, granted plaintiff's unopposed motion to stay this action pending resolution of related cases, and ordered the parties to file status updates every six months. Dkt. 49. The parties have since submitted four timely status reports. Dkts. 50–52, 54. The parties' last status update was submitted on February 20, 2024. Dkt. 54. They have failed to file timely status updates since then. The Court directs the parties to file a status update by October 2, 2024, and to file status updates every 6 months thereafter, making the next status update due April 2, 2025.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge

Dated: September 23, 2024
       New York, New York