UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL DAY,

                                     Plaintiff,                    21-CV-01188 (PAE)(SN)

                -against-                                          **ORDER**

JEFFREY L. SLOTHOWER, et al.,

                                     Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 8, 2026, the Court ordered the parties to file a joint letter proposing next steps in the litigation, including a reasonable briefing schedule for any anticipated motions. The parties failed to file their joint status letter by February 6, 2026. The parties are ORDERED to file their status letter by no later than Friday, February 20, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 11, 2026
            New York, New York