UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHAEL DAY,

                              **Plaintiff,**

                -against-

JEFFREY L. SLOTHOWER, et al.,

                              **Defendants.**

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/26/2026 __

**21-CV-01188 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 9, 2021, the Court entered a default judgment against Defendant Battery Private, Inc. ("Battery Private") and referred the matter to me for a damages inquest. See ECF Nos. 37. Approximately two months later, the Court stayed this case pending a related criminal proceeding against Defendant Jeffrey Slothower ("Slothower") in the U.S. District Court for the Eastern District of New York. See ECF No. 49. That stay was lifted one month ago, and the Plaintiff recently filed a motion for summary judgment against Slothower. See ECF Nos. 74, 78–81. In his motion, Plaintiff describes Battery Private as "Slothower's solely owned and controlled entity." ECF No. 79 at 8. Accordingly, judicial efficiency warrants further staying the damages inquest against Battery Private until Plaintiff's claim against Slothower is adjudicated. Therefore, the Court does not, at this time, set a renewed date for Plaintiff's damages inquest.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 26, 2026
          New York, New York